## A. C. GREEN *v.* MRS. C. BOWEN—McRAE AND WIFE, Warrantors.

It is no part of the duty of the Clerk of the Court to prepare the appeal bond, and when the appeal bond was left with the Clerk in blank, to be filled up with the names of the proper obligees— *Held :* That the omission to insert the proper names, is not an irregularity from which the appellant may be relieved under the statute of 1839.

APPEAL from the District Court of the Parish of East Feliciana, *Ratliff*, J. *Muse & Hardee* and *S. E. Hunter*, for plaintiff. *B. E. Chaney* and *J. B. Smith*, for defendants and appellants.

BUCHANAN, J. The motion to dismiss must prevail.

The *Succession of Mrs. Ranaldson*, represented by *L. R. Ranaldson*, administrator, was interested in maintaining the judgment appealed from, and was, therefore, a necessary party to the appeal bond. The fact, alleged on oath by the appellant's attorney, that the bond was left with the Clerk of the Court in blank, to be filled up with the proper obligees, does not bring this case within the statute of 1839. It is no part of the duty of the Clerk to prepare the appeal bond. 2 An. 902.

Appeal dismissed, at costs of appellants.